UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-050

No. 26-1798

IN RE: NANCY WINKELMAN,
Appellant

(E.D. Pa. No. 2:22-mc-00051)

Present:  PHIPPS, *Circuit Judge*

Unopposed Motion by Appellant to Continue District Court Seal and to Seal
Case on Appeal (Filed Under Seal)

Respectfully,
Clerk/arr/nmb

_____ORDER_____

The foregoing Unopposed Motion by Appellant to Continue District Court Seal and to
Seal Case on Appeal (Filed Under Seal) is denied.

By the Court,

s/ *Peter J. Phipps*
Circuit Judge

Dated: June 12, 2026
ARR/cc: ARH; EWS; RMD; AWP